**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BATTERY CONSERVATION INNOVATIONS, LLC,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**TISSOT (US), INC.,**<br><br>          **Defendant.** | **CIVIL ACTION NO. _____**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BATTERY CONSERVATION INNOVATIONS, LLC, a private non-governmental property, certifies that there are no corporate parents, affiliates and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

DATED March 29, 2020                    Respectfully submitted,

*/s/ Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com